Your Missouri Courts

| eFiling | Help | Contact Us | Print

Judicial Links    GrantedPublicAccess   Logoff 1014841852

Search for Cases by: Select Search Method...

2222-CC00365 - TYMISHA CARSON V KRISTI FUTHEY (E-CASE)

| Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

Sort Date Entries: ● Descending  ○ Ascending

Display Options: All Entries

Click here to eFile on Case
Click here to Respond to Selected Documents

**03/25/2022** ☐ **Summons Personally Served**

Document ID - 22-SMOS-612; Served To - FUTHEY, KRISTI; Server - ; Served Date - 24-MAR-22; Served Time - 00:00:00; Service Type - Special Process Server; Reason Description - Served

☐ **Notice of Service**

Service Summons.

Filed By: BENJAMIN JOSEPH SANSONE
On Behalf Of: TYMISHA CARSON

**03/15/2022** ☐ **Jury Trial Scheduled**

Scheduled For: 09/26/2022; 9:00 AM ; MICHAEL FRANCIS STELZER; City of St. Louis

**03/04/2022** ☐ **Summ Issd- Circ Pers Serv O/S**

Document ID: 22-SMOS-612, for FUTHEY, KRISTI.

☐ **Confid Filing Info Sheet Filed**

Filed By: BENJAMIN JOSEPH SANSONE

☐ **Request Filed**

# In the
# CIRCUIT COURT
## City of St. Louis, Missouri



For File Stamp Only

TYMISHA CARSON
Plaintiff/Petitioner

03.04.2022
Date

vs.

KRISTI FUTHEY
Defendant/Respondent

Case number

Division

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now PLAINTIFF _____, pursuant
Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

| Name of Process Server | Address | Telephone |
|---|---|---|
| Robert Pedroli | 130 S. Bemiston, Suite 300 | 314-775-4948 |
| Kathleen Langdon | 130 S. Bemiston, Suite 300 | 314-775-4948 |
| | | |

to serve the summons and petition in this cause on the below named parties.

**SERVE:**
Name: KRISTI FUTHEY
Address: 5700 King Arthur Ln
City/State/Zip: Godfrey, IL 62035

**SERVE:**
Name:
Address:
City/State/Zip:

**SERVE:**
Name:
Address:
City/State/Zip:

**SERVE:**
Name:
Address:
City/State/Zip:

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk

By_____
     Deputy Clerk

Date

Ben Sansone
Attorney/Plaintiff/Petitioner
53852
Bar No.
7777 Bonhomme Ave St. 2100
Address
314-863-0504
Phone No.

**RULE 14 SPECIAL PROCESS SERVERS**

1. Any person appointed by the Court or the Circuit Clerk to serve process must have a license issued pursuant to this rule to serve process.

2. Licenses to serve process shall be issued by the Sheriff of the City of St. Louis if the applicant has met the following qualifications:

    a. Is twenty-one years of age or older;

    b. Has a high school diploma or an equivalent level of education;

    c. Has insurance coverage for any errors or omissions occurring in the service of process;

    d. Has not been convicted, pleaded guilty to or been found guilty of any felony, or of any misdemeanor involving moral turpitude; and,

    e. Has passed a training course for the service of process which shall be administered by the Sheriff of the City of St. Louis.

3. Each applicant for a process server license under the provisions of this rule shall provide an affidavit setting forth such person's legal name, current address, any other occupations and current telephone numbers. Licensed process servers shall immediately notify the Sheriff of the City of St. Louis of any change in the above information, and the failure to do so shall constitute good cause for the revocation of such person's license.

4. The Sheriff of the City of St. Louis shall maintain a list of persons licensed to serve process pursuant to this rule, and shall make such list available to litigants upon request.

5. A photo identification card designed by the Sheriff of the City of St. Louis shall be issued in addition to the license. No other identification will be allowed. All licenses must be signed and approved by the Sheriff of the City of St. Louis and the Presiding Judge or his designee.

6. A license fee recommended by the Sheriff and approved by the Court En Banc shall be charged to cover the costs of compiling and maintaining the list of process servers and for the training of such process servers. The license fees shall be made payable to the Sheriff of the City of St. Louis.

7. A license for service of process issued under this rule may be revoked by the Sheriff with the approval of the Presiding Judge or his designee, for any of the following reasons:

   a. Misrepresentation of duty or authority;

   b. Conviction, guilty plea or finding of guilty of any state or federal felony, or a misdemeanor involving moral turpitude;

   c. Improper use of the license;

   d. Making a false return; or

   e. Any other good cause.

   Provided, no service of process made by an appointed process server with a revoked license shall be void if the Court or Circuit Clerk made the appointment in good faith without knowledge of the license revocation.

8. Any person authorized to serve process may carry a concealed firearm as allowed by Section 506.145, RSMo, only while actually engaged in the service of process and only if the person has passed a firearms qualification test approved by a law enforcement agency; provided, however, that any licensed special process server may file a written waiver of the right to carry a concealed firearm and thereby avoid the requirements of firearm training and testing. Any violation of this section shall be considered beyond the scope of the privilege to carry a concealed weapon that is granted by the appointment, and shall constitute good cause for the revocation of the license.

9. Applications for the appointment of a special process server shall be made on forms available in the offices of the Sheriff and Circuit Clerk. Orders Appointing special process servers may list more than one licensed server as alternatives.

10. The licenses granted pursuant to this rule shall be good for two years. Each person granted a license shall be required to reapply at the expiration of the license and shall be required to provide all the information required in the initial application, including a current police record check.

(Approved 9/28/92; amended 11/23/92; 5/31/95; 12/17/07)